_____

No. 96-2765
_____

Karl Arp,                         *
                                  *
          Appellant,              *
                                  *  Appeal from the United States
     v.                           *  District Court for the
                                  *  Southern District of Iowa.
Shirley S. Chater, Commissioner   *
of the Social Security            *          [UNPUBLISHED]
Administration,                   *
                                  *
          Appellee.               *


_____

Submitted: December 13, 1996

Filed: February 25, 1997
_____

Before BOWMAN and LAY, Circuit Judges, and STROM,[1] District Judge.

_____

PER CURIAM.


     Karl Arp appeals from the judgment of the District Court[2] in
favor of Social Security Commissioner Shirley Chater in Arp's
action seeking judicial review of the Commissioner's denial of
Social Security disability benefits.

---

[1]The Honorable Lyle E. Strom, United States District Judge
for the Western District of Nebraska, sitting by designation.

[2]The Honorable Harold D. Vietor, United States District
Judge for the Southern District of Iowa.

We have considered carefully the parties' arguments, and we have concluded that the Commissioner's decision is supported by substantial evidence on the record as a whole.  See <u>Johnson v. Chater</u>, 87 F.3d 1015, 1017 (8th Cir. 1996).  Because an opinion would lack precedential value, we affirm without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.